MURPHY & ASSOCIATES PC
C. NICOLE MURPHY, ESQ. (SBN 166874)
455 Capitol Mall, Suite 403
Sacramento, CA  95814
Telephone:  (916) 444-6262
Email:  cnm@murphyassociatespc.com

Attorneys for Plaintiff BETH I. WELCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH I. WELCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF SACRAMENTO; SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00974-TLN-JDP<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**ORDER**

The parties having stipulated to the filing of Plaintiff's Second Amended Complaint, and good cause appearing therefor, the Court hereby grants leave to Plaintiff to file Plaintiff's Second Amended Complaint for the purpose of dismissing Causes of Action Two and Four. IT IS SO ORDERED.

DATED:  December 5, 2022

Troy L. Nunley
United States District Judge

1

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT