# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**BETH I. WELCH,**

                  v.

**HOUSING AUTHORITY OF THE COUNTY OF SACRAMENTO, ET AL.,**

                                         **JUDGMENT IN A CIVIL CASE**

                                         CASE NO: **2:21–CV–00974–TLN–JDP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON December 7, 2022**

                                              **Keith Holland**
                                              Clerk of Court

ENTERED: **December 7, 2022**

                                      by: /s/ M. Krueger
                                               Deputy Clerk